1  SANDRA R. BROWN
   Acting United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
4  ROBYN-MARIE LYON MONTELEONE
   Assistant United States Attorney
5  Chief, General Civil Section
6  LYNN HARADA [C.S.B.N. 267616]
7  Special Assistant United States Attorney
        Social Security Administration, Region IX
8       160 Spear St., Suite 800
9       San Francisco, CA  94105
        Telephone: 415-977-8977
10      Facsimile: 415-744-0134
11      e-mail: Lynn.Harada@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROBIN LYNN MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-08249-SS<br><br>JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 6, 2017          /S/ SUZANNE H. SEGAL
                              HON. SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE

-1-